# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

JOSÉ A. ORTIZ-MARÍN,

    Plaintiff,

    v.

VENEGAS CONSTRUCTION CORP.,

    Defendant.

**Civil No. 13-1616 (SEC)**

## JUDGMENT

Pursuant to the parties' joint stipulation of dismissal (Docket # 28), all claims in the above-captioned case are hereby **DISMISSED WITH PREJUDICE**. The Court will retain jurisdiction to enforce the settlement terms.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 29th day of September, 2014.

                                      *s/ Salvador E. Casellas*
                                      SALVADOR E. CASELLAS
                                      U.S. Senior District Judge